JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIA VILLALVAZO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ITT INC., an Indiana corporation; ELECTROFILM MANUFACTURING COMPANY LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-01683-DSF-RAO<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice, this case is DISMISSED in its entirety WITH PREJUDICE.

DATED: August 14, 2019

*[signature: Dale S. Fischer]*
_____
Hon. Dale S. Fisher
United States District Judge